1  MICHAEL F. BOHN, ESQ.
   Nevada Bar No.: 1641
2  mbohn@bohnlawfirm.com
   ADAM R. TRIPPIEDI, ESQ.
3  Nevada Bar No.: 12294
   atrippiedi@bohnlawfirm.com
4  LAW OFFICES OF
   MICHAEL F. BOHN, ESQ., LTD.
5  376 E. Warm Springs Rd., Ste. 140
   Las Vegas, Nevada  89119
6  (702) 642-3113/ (702) 642-9766 FAX

7  Attorney for defendant Kendal Hill Trust

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2006-6CB, MORTGAGES PASS-THROUGH CERTIFICATES, SERIES 2006-6CB<br><br>Plaintiff,<br><br>vs.<br><br>HILLCREST AT SUMMIT HILLS HOMEOWNERS ASSOCIATION; 2117 KENDALL HILL TRUST,<br><br>Defendants. | CASE NO.: 2:16-CV-02295-GMN-PAL |

**STIPULATION AND ORDER TO EXTEND THE DATE FOR DEFENDANT 2117 KENDALL HILL TRUST'S  TO FILE ITS OPPOSITION BRIEF**
(First Request)

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Bank of New York Mellon, F/k/a the Bank of New York, as Trustee, on Behalf of the Holders of the Alternative Loan Trust 2006-6cb, Mortgages Pass-through Certificates, Series 2006-6cb,  by and through its attorney Michael S. Kelley, Esq., and Defendant 2117 Kendall Hill Trust, by and  through its attorney, Michael F. Bohn, Esq., that the date for defendant 2117 Kendall Hill Trust to file its opposition to plaintiff's motion for summary judgment (ECF 47) filed on February 8, 2018, shall be extended from March 1, 2018 until

1

March 5, 2018.

    This is the first extension for this brief.

    DATED this 1st day of March, 2018.

| WRIGHT, FINLAY & ZAK | LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ., LTD. |
|---|---|
| By: /s/ Michael S. Kelley, Esq./<br>   Dana Jonathan Nitz, Esq.<br>   Michael S. Kelley, Esq.<br>   7785 W. Sahara Ave., Suite 200<br>   Las Vegas, NV 89117<br>   Attorney for plaintiff | By: /s/ Michael F. Bohn, Esq. /<br>   Michael F. Bohn, Esq.<br>   Adam R. Trippiedi, Esq.<br>   376 East Warm Springs Road, Ste. 140<br>   Las Vegas, Nevada 89119<br>   Attorney for defendant 2117 Kendall Hill\<br>   Trust |

## ORDER

    IT IS SO ORDERED.

    DATED this __2__ day of March, 2018.

                                                          **Gloria M. Navarro, Chief Judge**
                                                           **UNITED STATES DISTRICT COURT**

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ. LTD.

By: /s/ Michael F. Bohn, Esq.
   Michael F. Bohn, Esq.
   Adam R. Trippiedi, Esq.
   376 E. Warm Springs Rd., Ste. 140
   Las Vegas, NV 8911 9
   Attorney for defendant 2117 Kendall Hill Trust