WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 00050
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7970; Fax: (702) 946-1345
mkelley@wrightlegal.net
*Attorneys for Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-6CB, Mortgage Pass-Through Certificates, Series 2006-6CB*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2006-6CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-6CB,<br><br>Plaintiff,<br><br>vs.<br><br>HILLCREST HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; 2117 KENDALL HILL TRUST;; DOE INDIVIDUALS I through X; and ROE CORPORATIONS 1 through 10,<br><br>Defendants. | Case No.: 2:16-cv-02295-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |
| 2117 KENDALL HILL TRUST,<br><br>Counter-claimant,<br><br>vs.<br><br>BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, | |

ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2006-6CB, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-6CB,

Counter-defendant.

Plaintiff/Counter-Defendant, Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-6CB, Mortgage Pass-Through Certificates, Series 2006-6CB ("BONY"), Defendant/Counter-Claimant, 2117 Kendall Hill Trust ("The Trust"), and Defendant, Hillcrest Homeowners Association ("HOA") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On June 28, 2018, The Trust, BONY and HOA filed their respective Motions for Summary Judgment [ECF Nos. 57, 58, and 59]. Presently, opposition to the Motions for Summary Judgment is due by July 19, 2018.

Because Plaintiff's counsel is preparing for a trial that begins on July 18, 2018, the Parties have discussed extending the deadline for oppositions to the Motions for Summary Judgment by two weeks to August 2, 2018. This is the first stipulation for extension of time for the deadline to oppose the Motions for Summary Judgment. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

/./././
/./././
/./././
/./././
/./././
/./././
/./././
/./././
/./././

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadlines to oppose The Trust's Motion for Summary Judgment [ECF No. 57], BONY's Motion for Summary Judgment [ECF No. 58], and HOA's Motion for Summary Judgment [ECF No. 59], shall be extended to August 2, 2018.

| | |
|---|---|
| DATED this 10th day of July, 2018. <br> WRIGHT, FINLAY & ZAK, LLP | DATED this 10th day of July, 2018. <br> LEACH JOHNSON SONG & GRUCHOW |
| */s/ Michael S. Kelley* <br> Dana Jonathon Nitz, Esq. <br> Nevada Bar No. 00050 <br> Michael S. Kelley, Esq. <br> Nevada Bar No. 10101 <br> 7785 W. Sahara Avenue, Suite 200 <br> Las Vegas, Nevada 89117 <br> *Attorneys for Plaintiff/Counter-Defendant, Bank of New York Mellon* | */s/ T. Chase Pittsenbarger* <br> Sean L. Anderson, Esq. <br> Nevada Bar No. 7259 <br> T. Chase Pittsenbarger, Esq. <br> Nevada Bar No. 13740 <br> 8945 W. Russell Road, Suite #330 <br> Las Vegas, NV 89148 <br> *Attorneys for Defendant, Hillcrest Homeowners Association* |

DATED this 10th day of July, 2018.
LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

*/s/ Michael F. Bohn*
Michael F. Bohn, Esq.
Nevada Bar No. 1641
Adam R. Trippiedi, Esq.
Nevada Bar No. 12294
2260 Corporate Circle
Suite 480
Henderson, NV 89074
*Attorney for Defendant/Counter-Claimant,
2117 Kendall Hill Trust*

## **ORDER**

IT IS SO ORDERED.

DATED this __11__ day of July, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT